*Solomon H. Friend, Aaron L. Solomon* and *Jacob P. Rosenbaum* for appellant.

*Mortimer Feuer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

CITY OF NEW YORK, Plaintiff, *v.* THOMAS LYNCH et al., Defendants. THOMAS LYNCH et al., Petitioners-Appellants; CITY OF NEW YORK, Respondent.

Argued January 14, 1954; decided March 4, 1954.

*Edward A. Donnelly* for appellants.

*Adrian P. Burke, Corporation Counsel* (*Meyer Scheps, Harry E. O'Donnell* and *Benjamin Offner* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of HENRY BURGE, Appellant. OCEANIC TRADING COMPANY, INC., Respondent; HARRY A. GOTTLIEB, Appellant.

Argued January 6, 1954; decided March 4, 1954.